

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Emert | Civil Action No. 23cv1723-BAS-MSB |
| **Plaintiff,** | |
| V. | |
| San Diego Superior Court, Both Criminal and Family/Civil Courts | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Plaintiff's Application to Proceed IFP. (ECF No. 3.) The Court also DISMISSES WITHOUT PREJUDICE this action. The Court further TERMINATES AS MOOT Plaintiff's request for a temporary restraining order. (ECF No. 2.). The case is hereby closed.

Date: 10/5/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Williams

M. Williams, Deputy